

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

PHILLIP J. LYONS,                )
                                 )
                Plaintiff,       )        3:07-cv-0460-LRH-RAM
                                 )
vs.                              )
                                 )        **ORDER**
CONNIE BISBEE, *et al.*,          )
                                 )
                Defendants.      )
_____/

      This is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed April 21, 2008, the Court granted plaintiff *in forma pauperis* status. (Docket #5). In the same order, the Court determined that the complaint states a cognizable claim for violation of plaintiff constitutional rights. (Docket #5, at p. 2). The defendants were accepted service in this action. (Docket #11).

      On June 3, 2008, plaintiff filed a motion to amend and submitted an amended complaint. (Docket #16). On June 10, 2008, defendants filed a motion for screening of the amended complaint. (Docket #18). In the motion, defendants ask this Court to review the amended complaint to ensure that any added claims meet the requirements of 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e. (Docket #18). By minute order filed June 12, 2008, defendants' motion for screening of the first amended complaint was granted. (Docket #20). Pursuant to the minute order, the amended

1 | complaint was filed.  (Docket #21).

2 |         The amended complaint is a duplicate of the original complaint, with the exception of

3 | pages 48A and 48-B.  No additional defendants were added with the amendment.  The Court has

4 | previously determined that the original complaint states a colorable claim for violation of plaintiff's

5 | constitutional rights and is sufficient to withstand screening under § 1915A.  The amendment to the

6 | complaint at pages 48A-48B, which alleges violation of plaintiff's constitutional rights in connection

7 | with a parole hearing, also states a colorable claim for violation of plaintiff's constitutional rights.

8 | The amended complaint is sufficient to withstand screening under 28 U.S.C. § 1915(e)(2) and 42

9 | U.S.C. § 1997e, and the action may proceed on the amended complaint.

10 |         **IT IS THEREFORE ORDERED** that the amended complaint (Docket #21) is

11 | sufficient to withstand screening and the **ACTION MAY PROCEED ON THE AMENDED**

12 | **COMPLAINT**.  Defendants shall file an answer or other responsive pleading to the amended

13 | complaint within **thirty (30) days** from the date of entry of this order.

14 |

15 |         DATED:  July 2, 2008.

16 |

17 |                          UNITED STATES MAGISTRATE JUDGE

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |