UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP J. LYONS, | ) | 3:07-CV-0460-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | October 10, 2008 |
| | ) | |
| CONNIE BISBEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER:   <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Motion for Protective Order (Doc. #33). Plaintiff has filed a Partial Opposition to Defendants' Motion for Protective Order (Doc. #36) and Defendants have replied (Doc. #41).

Also, Defendants have filed a Motion to Vacate Outstanding Discovery (Doc. #34). Plaintiff has filed a Partial Opposition to Defendants' Motion to Vacate Outstanding Discovery (Doc. #37) and Defendants have replied (Doc. #42).

As Defendants' Partial Motion for Judgment on the Pleadings (Doc. #30) will not dispose of all of the claims in this case, discovery will still be necessary and delaying discovery until a decision on the Motion will simply cause unnecessary delay in the processing of this case.

Defendants' Motion for Protective Order (Doc. #33) and Defendants' Motion to Vacate Outstanding Discovery (Doc. #34) are <u>DENIED</u>. Defendants will have thirty (30) days from the date of this order to respond to the outstanding discovery.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:   <u>      /s/      </u>
Deputy Clerk