# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP J. LYONS, | ) | 3:07-CV-0460-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 9, 2009 |
| | ) | |
| CONNIE BISBEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Request to Amend Orders from Hearing of December 23, 2008 (Doc. #91). Defendants have responded with a Notice of Non-Opposition (Doc. #98).

Plaintiff's Request to Amend Orders from Hearing of December 23, 2008 (Doc. #91) is **GRANTED**. Defendants shall respond to Plaintiff's Third Request for Admissions as to Defendants Cox, Whorton and Goodson and Plaintiff's First Request for Interrogatories to Defendant Cox on or before **January 30, 2009**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk