UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| PHILLIP J. LYONS, ) | |
| ) | |
| Plaintiff, ) | 3:07-cv-00460-LRH (RAM) |
| ) | |
| v. ) | |
| ) | O R D E R |
| CONNIE BISBEE, et al., ) | |
| ) | |
| Defendants. ) | |

Before this court is Report and Recommendations of U.S. Magistrate Robert A. McQuaid, Jr. (#107[1]) entered on February 10, 2009, recommending denying Plaintiff's Motion for Temporary Restraining Order (#71) filed on November 20, 2008. Plaintiff filed a Motion to Withhold Any Decision on Magistrate Judge's Report and Recommendation #107 and #108 Pending Receipt of Plaintiff's Objections (#110) on March 4, 2009, and his Objections to Magistrate Judge's Report and Recommendation (#111) on March 4, 2009. Defendants filed their Motion for Enlargement of Time to Respond to Plaintiff's Objection to the Magistrate Judge's Report and Recommendation [#107] (#113) on March 20, 2009, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections

---

[1] Refers to court's docket number.

raised by the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-2, and concludes that Plaintiff's objections are a reiteration of arguments previously made. No opposition need be filed by Defendants. The Court determines that the Magistrate Judge's Report and Recommendation (#107) entered on February 10, 2009, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#107) entered on February 10, 2009, is adopted and accepted, and Plaintiff's Motion for Temporary Restraining order (#71) is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Withhold Any Decision on Magistrate Judge's Report and Recommendation #107 and #108 Pending Receipt of Plaintiff's Objections (#110) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Defendants' Motion for Enlargement of Time to Respond to Plaintiff's objection to the Magistrate Judge's Report and Recommendation [#107] (#113) is DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 25th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE