UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | CASE NO.  3:07-CV-0460-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: SEPTEMBER 23, 2010 |
| CONNIE BISBEE, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 1:29:15 p.m. - 1:34:37 p.m.

Counsel for Plaintiff(s):  PHILLIP LYONS, In Pro Per (telephonically)

Counsel for Defendant(s):  KELLY WERTH

PROCEEDINGS: **MOTION HEARING**

1:29 p.m.  Court convenes.

IT IS ORDERED that Defendants shall have until **October 8, 2010** to file dispositive motions. **There shall be no further extensions.** If none are filed, a pretrial notice order will be issued calling for the filing of a pretrial order within thirty (30) days.  If a dispositive motion is filed, it shall be decided promptly, and the pretrial order shall be due within thirty (30) days of that decision.

IT IS FURTHER ORDERED that the Motion to Schedule Settlement Conference and Trial is DENIED without prejudice.

1:34 p.m. Court adjourns.

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk
