UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, | CASE NO. 3:07-CV-0460-LRH-RAM |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: OCTOBER 25, 2010 |
| CONNIE BISBEE, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

Deputy Clerk: <u>JENNIFER COTTER</u>     Reporter: <u>FTR: 1:58:55 p.m. - 2:14:06 p.m.</u>

Counsel for Plaintiff(s): <u>PHILLIP LYONS, In Pro Per (telephonically)</u>

Counsel for Defendant(s): <u>KELLY WERTH (telephonically)</u>

PROCEEDINGS: **MOTION HEARING**

1:58 p.m.  Court convenes.

The Court and parties confer regarding Motion to Seal Exhibits (Docket #159).

IT IS ORDERED that the Motion to Seal Exhibits is GRANTED.

IT IS FURTHER ORDERED that Mr. Werth shall send to Plaintiff's caseworker, Mr. Treadwell, Exhibits A and K.  Plaintiff shall be provided a copy of his letter to the Board of Parole Commissioners dated September 11, 1995 (Attachment 4 to Exhibit A), at the State's expense. Plaintiff shall be given a period of two (2) hours to review the remainder of Exhibits A and K and be allowed the opportunity to take notes.  This shall occur within **ten (10) days**.  Exhibits A and K shall then be returned to Mr. Werth.

IT IS FURTHER ORDERED that, after reviewing the aforementioned exhibits, Plaintiff shall have **thirty (30) days** to submit his opposition to the Motion for Summary Judgment (Docket #161). Plaintiff requests that he be allowed to file excess pages in said opposition.  This request is GRANTED.  Plaintiff's opposition may be up to **forty-five (45) pages** in length.

2:14 p.m. Court adjourns.

                                                                LANCE S. WILSON, CLERK

                                                                By: <u>/s/          </u>
                                                                Deputy Clerk