UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP J. LYONS, ) | CASE NO. 3:07-cv-00460-LRH-WGC |
| ) | |
| Plaintiff, ) | ORDER |
| vs. ) | |
| ) | |
| CONNIE BISBEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

Before the court is the Plaintiff's Status Report of Parties' Settlement Negotiation Talks (#189)[1].  Good cause appearing,

IT IS ORDERED that this case is referred to The Honorable Robert A. McQuaid, Jr., for the purpose of conducting a settlement conference.

DATED this 12th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.